# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| MICHAEL ALESSIO | : | No. 586 EAL 2017 |
| | : | |
| v. | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| I-FLOW CORPORATION, A/K/A I-FLOW, LLC, KIMBERLY-CLARK, A/K/A KIMBERLY-CLARK CORPORATION, SETH R. KRUM, D.O., PENNSYLVANIA ORTHOPEDIC ASSOCIATES, INC., RICHARD STRULSON, M.D. | : | |
| PETITION OF: SETH D. KRUM, D.O., PENNSYLVANIA ORTHOPEDIC ASSOCIATES, INC. | : | |
| MICHAEL ALESSIO | : | No. 35 EAL 2018 |
| | : | |
| v. | : | Cross Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| I-FLOW CORPORATION, A/K/A I-FLOW, LLC, KIMBERLY-CLARK, A/K/A KIMBERLY-CLARK CORPORATION, SETH R. KRUM, D.O., PENNSYLVANIA ORTHOPEDIC ASSOCIATES, INC., RICHARD STRULSON, M.D. | : | |
| PETITION OF: RICHARD STRULSON, D.O. | : | |

# **ORDER**

**PER CURIAM**

      **AND NOW**, this 13th day of June, 2018, the Petition for Allowance of Appeal is **DENIED**.